IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 123-011 |
| | ) | |
| JUAN MATIAS-ALMARAZ | ) | |

ORDER DESIGNATING INTERPRETER

The Court having determined, pursuant to Title 28 United States Code Section 1827, that an interpreter is required and should be designated in the above-captioned cases,

IT IS HEREBY ORDERED that ELIZABETH GIERSBERG, a certified interpreter or otherwise competent interpreter, is designated to serve at a rate of $566 per day, with a minimum of one half day's compensation of $320 for each appearance. Any claim for overtime shall be paid at the rate of $80 per hour. Interpreter claims for in-court services or assisting the U.S. Probation Office shall be made on Form AO322, while claims for assisting court-appointed counsel shall be made on CJA Form 21, *Authorization and Voucher for Expert and Other Services*. These forms are available at https://www.gasd.uscourts.gov/criminal-forms.

SO ORDERED this 22nd day of February, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA